SPENCER R. BRASURE #P10000
filing in pro per
SAN QUENTIN STATE PRISON
P.O. BOX #P10000
SAN QUENTIN, CALIF. 94964

FILED

2008 MAR 20 A 8:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT

In re
SPENCER R. BRASURE, et. al.

CASE NO. C08 01528 JF

MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

TO THE HONORABLE JEREMY FOGEL, UNITED STATES DISTRICT JUDGE.

PETITIONER, SPENCER R. BRASURE, HEREBY REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT PETITIONER IN THE 42 U.S.C. §§ 1983, BEING FILED CONCURRENTLY WITH THIS MOTION.

THIS MOTION IS BASED ON THE FOLLOWING DECLARATION OF PETITIONER HERE ATTACHED.

DATED: FEBRUARY 07, 2008

RESPECTFULLY SUBMITTED,

*Spencer R. Brasure*
SPENCER R. BRASURE

# DECLARATION OF SPENCER R. BRASURE

I, SPENCER R. BRASURE, DO HEREBY DECLARE:

I AM THE PETITIONER IN THE 42 U.S.C. §§ 1983 PETITION BEING FILED CONCURRENTLY WITH THIS MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY.

THE ISSUE SET FORTH IN THE PETITION IS COMPLEX, AND I (BRASURE) SERIOUSLY LACK THE EDUCATION AND LEGAL EXPERIENCE REQUIRED TO LITIGATE THE ISSUE BEFORE THIS COURT.

I AM INDIGENT AND LACK THE FUNDS AND/OR COLLATERAL REQUIRED TO HIRE A QUALIFIED LAWYER TO REPRESENT ME IN THIS MATTER.

I DO NOT HAVE ADEQUATE ACCESS TO A UPDATED LAW LIBRARY WITH A CERTIFIED LAW LIBRARY CLERK.

BASED ON THE FACTS HEREIN, PETITIONER REQUESTS THIS COURT TO APPOINT AN ATTORNEY FOR PROPER LEGAL REPRESENTATION OF THE ISSUES.

I, SPENCER R. BRASURE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVEFOREMENTIONED IS TRUE AND CORRECT AS EXECUTED ON THIS 7TH. DAY OF FEBRUARY 2008.

*Spencer R. Brasure*
SPENCER R. BRASURE
declarant