ADR

FILED

2008 MAR 20 A 8:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPENCER R. BRASURE, et. al.
Plaintiff,

CASE NO. C 08 01528 JF

vs.

ROBERT AYERS, WARDEN, et. al.
Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, SPENCER R. BRASURE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅            Net: ∅

Employer: ∅

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>15 + YEARS AGO WAS MY LAST **RECALLED** EMPLOYMENT</u>...
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.     Business, Profession or                    Yes ___  No ✗
10              self employment
11       b.     Income from stocks, bonds,                 Yes ___  No ✗
12              or royalties?
13       c.     Rent payments?                             Yes ___  No ✗
14       d.     Pensions, annuities, or                    Yes ___  No ✗
15              life insurance payments?
16       e.     Federal or State welfare payments,         Yes ___  No ✗
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.     Are you married?                                Yes ___  No ✗
24  Spouse's Full Name: ____∅_____
25  Spouse's Place of Employment: ____∅_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____∅_____  Net $_____∅_____
28  4.     a.     List amount you contribute to your spouse's support: $ ____∅____

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

∅

5. Do you own or are you buying a home?  Yes ____ No _X_
Estimated Market Value: $ ∅   Amount of Mortgage: $ ∅

6. Do you own an automobile?  Yes ____ No _X_
Make ∅   Year ∅   Model ∅
Is it financed? Yes ∅  No ∅  If so, Total due: $ ∅
Monthly Payment: $ ∅

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: ∅

Present balance(s): $ ∅

Do you own any cash? Yes ____ No _X_ Amount: $ ____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

8. What are your monthly expenses?
Rent: $ ∅   Utilities: ∅
Food: $ ∅   Clothing: ∅
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| ____ | $ ____ | $ ____ |
| ____ | $ ____ | $ ____ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  RESTITUTION: LEE ANDESON; JIMMY WEST PLUMBING;
4  COURT FINES
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  02-07-08                            Spencer R. Brasure
17     DATE                             SIGNATURE OF APPLICANT