**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER R. BRASURE, | No. C 08-01528 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT AYERS, Warden, | |
| Defendant. | |

For the reasons stated on the order of dismissal, this action is DISMISSED for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b)(1),(2). Judgment is entered accordingly. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/17/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Brasure1528_judgment.wpd